IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERHARD LANGGUTH**
**#262295**   **PLAINTIFF**

v.   No. 4:23-cv-1082-DPM

**ALFRED LANGGUTH;**
**WILBURN WILSON SHRADER**
**AND SHRAMS, WWSS Law Firm;**
**and REBECCA WILBURN, Attorney,**
**WWSS Law Firm**   **DEFENDANTS**

## ORDER

Langguth hasn't paid the filing or moved to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2024