IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GERHARD LANGGUTH
#262295                                                                                           PLAINTIFF

v.                            No. 4:23-cv-1082-DPM

ALFRED LANGGUTH;
WILBURN WILSON SHRADER
AND SHRAMS, WWSS Law Firm;
and REBECCA WILBURN, Attorney,
WWSS Law Firm                                                                            DEFENDANTS

## JUDGMENT

Langguth's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 January 2024